### UNITED STATES v. JOHNSON et al.

First Division. Juneau. December 8, 1924.

No. 1762–B.

**Post Office ⬤═48(7)—Indictment and Information—Robbery of Post Office Building.**

> The indictment charged that the defendants "did unlawfully, forcibly, and feloniously break into and enter a certain building used in part as a post office of the United States at Hawk Inlet, with intent to commit larceny in that part of said building so used as said United States post office at Hawk Inlet, Alaska." On demurrer, urged that the words "then and there" should be inserted in the indictment before the word "used" before it would allege a crime. *Held*, the indictment shows on its face that the building was used in part as a United States post office, and states a crime.

A. G. Shoup, U. S. Atty., of San Jose, Cal.
Grover C. Winn, of Juneau, for defendants.

REED, District Judge. The demurrer in this case is that the indictment does not charge a crime against the United States, and the special point raised is that the venue is not stated. The charging part of the indictment is:

"That the said Charley Johnson and William Watson, near Hawk Inlet, within the district of Alaska and within the jurisdiction of this court, on the fifth day of November, in the year of our Lord 1924, did unlawfully, forcibly, and feloniously break into and enter a certain building used in part as a post office of the United States at Hawk

<hr>

⬤═See same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Inlet, Alaska, with intent to commit larceny in that part of said build-
ing so used as said United States post office at Hawk Inlet, Alaska."

It is urged, on the part of the defendants, that the words
"then and there" should be inserted in the indictment before
the word "used," so that the indictment would read "unlaw-
fully, forcibly, and feloniously break into and enter a cer-
tain building then and there used in part as a post office of
the United States at Hawk Inlet," etc.

I am of the opinion that it is not necessary that the words
so claimed to be necessary should be inserted, as the indict-
ment shows in itself, under the peculiar language used, that
on the 5th day of November, 1924, the building was used in
part as a United States post office.

The demurrer will be overruled.